955 A.2d 348

Donna LYNAM and Marty Becker, Appellants

v.

Gale CAMPBELL, Appellee.

Supreme Court of Pennsylvania.

Argued April 16, 2008.

Decided Aug. 18, 2008.

## *ORDER*

PER CURIAM.

**AND NOW,** this 18th day of August, 2008, the appeal is dismissed as improvidently granted.